CONTINENTAL ASSURANCE COMPA-
NY and Continental Casualty
Company, Plaintiffs,

v.

Mamie TUCKER, Gussie Mae Cunning-
ham, and Chloe Grant as Administra-
trix of the Estate of Fred Cunningham,
deceased, Defendants.

United States District Court
S. D. New York.

Sept. 2, 1955.

McCormick, McCormick & Dunne,
New York City, for plaintiffs.

Milton T. Tingling, New York City,
for defendant Mamie Tucker.

Murray Weiss, New York City, for de-
fendant Chloe Grant as Administratrix
of Estate of Fred Cunningham, deceased.

LUMBARD, Circuit Judge.

██ This is a motion by defendant
Chloe Grant to dismiss plaintiff's inter-
pleader suit on the ground that the com-
plaint fails to state a claim upon which
relief can be granted. An identical mo-
tion was made by this defendant in
March of this year and was denied by
Judge Murphy. Defendant argues that
because Judge Murphy did not discuss
in his short memorandum all the issues
raised by that motion, we must now as-
sume that he did not consider them and
must therefore proceed to consider them
now. A District Judge has no obliga-
tion in a matter of this kind to discuss
every issue raised and it may not be as-
sumed that his lack of commentary re-
flected a lack of consideration. It is set-
tled in this Circuit that when one Dis-
trict Judge rules on a motion his decision
is the law of the case and cannot be re-
viewed by one of his colleagues. Com-
mercial Union of America, Inc., v. An-
glo-South American Bank, Ltd., 2 Cir.,
1925, 10 F.2d 937. In that case the Dis-
trict Judge whose ruling was sought to
be overturned had filed no opinion.

██ There is one minor matter
raised by the defendant's new motion
here which was perhaps not before Judge
Murphy. Defendant contends that since
Gussie Mae Cunningham, the only de-
fendant who is not a resident of New
York, has failed to appear in the action,
there is no longer any reason to proceed
in the Federal Court. This contention is
without merit. If the suit was properly
here before her failure to appear, it is
properly here now. Since she was prop-
erly served, the suit will be binding on
her and adjudicate her rights whether
she appears or not.

Defendant's motion is therefore in all
respects denied.